# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2211
Lower Tribunal No. 2010-CF-005852-A-O

_____

TERRELLE A. TULLIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Barbara J. Leach, Judge.

May 1, 2026

PER CURIAM.

AFFIRMED. *See Ratliff v. State*, 914 So. 2d 938, 940 (Fla. 2005) ("[T]he Legislature, by prescribing a sentence of life imprisonment, intends that the defendant remain in prison for the rest of his life. The term 'life' is sufficiently definite so that it can be understood and applied.").

TRAVER, C.J., and MIZE and BROWNLEE, JJ., concur.


Terrelle A. Tullis, Blountstown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Zachary L. Wiseman, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED